## Scott, Appellant, *v.* Wilson.

Argued Oct. 21, 1915. Appeal, No. 84, Oct. T., 1915, by plaintiff, from judgment of C. P. Allegheny Co., Jan. T., 1915, No. 1038, for plaintiff on demurrer to plaintiff's statement of claim in case of Alexander B. Scott v. John B. Wilson, John H. Porter, Herman Bruder, Donald Clark, Thomas Wallace and Joseph B. Dilks. Before MESTREZAT, POTTER, STEWART and MOSCHZISKER, JJ. Affirmed.

The facts appear in McDowell v. Wilson, 252 Pa. 91.

*Frederic C. Grote,* with him *Hermann L. Grote,* for appellant.

*Robert Woods Sutton,* with him *Watson & Freeman,* for appellees.

OPINION BY MR. JUSTICE POTTER, January 3, 1916:
As the questions raised in this appeal are identical

with those considered in the appeal at No. 83, October Term, 1915, they have been disposed of, in the opinion which has just been filed in that case. For the reasons there stated, the assignments of error here are overruled, and the judgment affirmed.